

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00005-CV

## IN RE SUNNY DAY DEEDS

## Original Proceeding

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus was filed on January 7, 2019. We issued an order on January 9, 2019 requesting a response from the real parties in interest. Relator has filed an unopposed motion to dismiss asserting that the petition is now moot.

Accordingly, Relator's Unopposed Motion to Dismiss is granted, and this proceeding is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Judge John Neill[1]
Motion granted; petition dismissed
Opinion delivered and filed January 23, 2019
[OT06]



---

[1] The Honorable John Neill, Judge of the 18th District Court of Johnson County, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2013).